The People of the State of Illinois, Plaintiff-Appellee, *v.* Charles Bernard Dahl, Defendant-Appellant.

(No. 59177;

First District (1st Division)—March 4, 1974.

PER CURIAM.

BURKE, J., took no part.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Linda West Conley, Assistant State's Attorneys, of counsel), for the People.